**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00697-CR

**JAMES EDWARD HIGHTOWER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F16-75485-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within fifteen days of the date of this order.

/s/ ADA BROWN
   JUSTICE